McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ALMA LOPEZ, <br><br> Plaintiff, <br><br> vs. <br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 1:17-cv-01501-BAM <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME (FIRST REQUEST) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time to file her Responsive Brief be extended from July 19, 2018, to August 17, 2018, and Plaintiff's time for filing a Reply Brief be extended to September 21, 2018. This is the parties' first request for an extension of time in this matter.

    Defendant respectfully requests additional time to file her Responsive Brief because the Of Counsel for Defendant is a fairly recent hire who just received this case assignment and needs sufficient time to review the record, to evaluate the issues raised in Plaintiff's motion, and to prepare Defendant's response to the motion.

Plaintiff respectfully requests additional time to file her Reply Brief because her counsel will be on maternity leave through mid-September and needs sufficient time to prepare the brief upon return.

The parties' request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

It is therefore respectfully requested that Defendant be granted an extension of time to file her Responsive Brief, through and including August 17, 2018, and that Plaintiff be granted an extension of time to file her Reply Brief, through and including September 21, 2018.

Respectfully submitted,

Dated: July 17, 2018  */s/ Michelle Shvarts*
(*as authorized via email on July 17, 2018)
MICHELLE SHVARTS
Attorney for Plaintiff

Dated: July 17, 2018  McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendant shall have an extension of time to August 17, 2018, to file a response brief, and Plaintiff shall have an extension of time to September 21, 2018, to file a reply brief. IT IS SO ORDERED.

Dated: **July 18, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE